**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

**CRIMINAL NO. 20-CR-00103-DCR**                              *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**VS.**                                                             **NOTICE**

**VONNIE J. McDANIELS**                                                    **DEFENDANT**

**\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\***

     The Defendant, Vonnie J. McDaniels, by counsel, hereby gives notice that an associate in the office of Thomas C. Lyons will be assisting counsel during the trial of this matter scheduled for June 14, 2021.  Her name is Ashley Wilmes, who is an attorney admitted to the bar in 2002 and admitted to practice in the Eastern District of Kentucky.  Ms. Wilmes will be assisting with document presentation at the trial.

     Respectfully submitted,

/s/ Thomas C. Lyons
THOMAS C. LYONS, ESQ.
Law Offices of Thomas C. Lyons
201 West Short Street, Suite 800
Lexington, Kentucky 40507
859-231-0055
thomaslyons@hotmail.com
*Counsel for Defendant, Vonnie J. McDaniels*

2

**CERTIFICATE OF SERVICE**

      This is to certify that a true copy of the foregoing Notice has been served on June 10, 2021 by filing same via the CM/ECF System, which will send electronic notice to all counsel of record.

                                          /s/ Thomas C. Lyons  
                                          THOMAS C. LYONS, ESQ.

Cc:    Vonnie J. McDaniels