UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Criminal Action No. 5: 20-103-DCR |
| | ) | and |
| V. | ) | Civil Action No. 5: 23-190-DCR |
| | ) | |
| VONNIE J. MCDANIELS, | ) | **JUDGMENT** |
| | ) | |
| Defendant/Movant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows: .

1.      Defendant/Movant Vonnie McDaniels' motion to vacate, correct, or set aside his sentence filed pursuant to 28 U.S.C. § 2255 [Record No. 88] is **DENIED** and his claims are **DISMISSED**, without prejudice.

2.      The movant/defendant's collateral proceeding is **DISMISSED** and **STRICKEN** from the docket.

3.      A Certificate of Appealability will not issue.

Dated: August 3, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

- 1 -