UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action No. 5: 20-103-DCR |
| Plaintiff/Respondent, | ) | and |
| | ) | Civil Action No. 5: 24-203-DCR |
| V. | ) | |
| | ) | |
| VONNIE J. MCDANIELS, | ) | **JUDGMENT** |
| | ) | |
| Defendant/Movant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.  Judgment is entered in favor of Plaintiff United States with respect to all issues raised in this collateral proceeding by Defendant Vonnie J. McDaniels.

2.  The defendant's collateral proceeding (Civil Action No. 5:24-203-DCR) is **DISMISSED** and **STRICKEN** from the docket.

3.  A Certificate of Appealability shall not issue.

4.  This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: December 11, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky